

# MANDATE

# Court of Appeals

# First District of Texas

NO. 01-15-00159-CV

BARRY CHRISTOPHER CONNER, Appellant

V.

LYNETTE MARIE CONNOR, Appellee

Appeal from the 311th District Court of Harris County. (Tr. Ct. No. 2013-68896).

**TO THE 311TH DISTRICT COURT OF HARRIS COUNTY, GREETINGS:**

Before this Court, on the 17th day of September 2015, the case upon appeal to revise or to reverse your judgment was determined. This Court made its order in these words:

> After due consideration, the Court **grants** appellant BARRY CHRISTOPHER CONNOR's motion to dismiss the appeal. Accordingly, the Court **dismisses** the appeal.
>
> The Court **orders** that the appellant, BARRY CHRISTOPHER CONNOR, pay all appellate costs.
>
> The Court **orders** that this decision be certified below for observance.

Judgment rendered September 17, 2015.

Per curiam opinion delivered by panel consisting of Chief Justice Radack and Justices Bland and Huddle.

**WHEREFORE, WE COMMAND YOU** to observe the order of our said Court in this behalf and in all things to have it duly recognized, obeyed, and executed.

November 23, 2015

Date

CHRISTOPHER A. PRINE
CLERK OF THE COURT

